# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| Justin Doubek and<br>Christopher Mosbrucker,<br><br>      Plaintiffs,<br><br>vs.<br><br>Halcon Resources Corporation,<br>HRC Operating, LLC, and<br>Northern Oilfield Services, LLC,<br><br>      Defendants. | **ORDER RE ADMISSION**<br>**PRO HAC VICE**<br><br><br><br><br><br>Case No. 4:13-cv-086 |

Before the court is Plaintiff Christopher Mosbrucker's Motion for attorney Robert C. Trenchard, Jr. to appear *pro hac vice* on his behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Robert C. Trenchard, Jr. has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 3) is **GRANTED**. Attorney Robert C. Trenchard, Jr. is admitted to practice before this court in the above-entitled action on behalf of Plaintiff Christopher Mosbrucker.

    **IT IS SO ORDERED.**

    Dated this 23rd day of July, 2013.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge