# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Justin Doubek and | ) | |
| Christopher Mosbrucker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Halcon Resources Corporation; HRC | ) | |
| Operating, LLC; and Northern Oilfield | ) | Case No. 4:13-cv-086 |
| Services, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

On May 19, 2014, the parties filed a Joint Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 15). The court's scheduling/discovery order shall be amended as follows:

3. The parties shall have until August 1, 2014, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   A. Plaintiff by August 1, 2014; and

   B. Defendants by September 1, 2014

(Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

1

5.      The parties shall have until October 15, 2014, to complete discovery depositions of

expert witnesses.

**IT IS SO ORDERED.**

Dated this 20th day of May, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
